

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8528

May 22, 2024

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Gonzalez v. New York State Department of Labor, et al.*, 23-cv-758 (ER) (RWL)

Dear Judge Ramos:

The Office of the Attorney General ("Office") represents Defendants New York State Department of Labor and Jennifer ("Jenny") Dixon in the above-referenced action.

On behalf of all parties, this Office respectfully requests that the Court so-order the attached Stipulation of Settlement, General Release, and Order of Dismissal.

The parties are available at the Court's convenience to provide any additional information.

Thank you for your time and consideration of this matter.

Respectfully submitted,
*/s/ Elizabeth A. Figueira*
Elizabeth A. Figueira
Assistant Attorney General