UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES GONZALEZ,

                Plaintiff,

v.

NEW YORK STATE DEPARTMENT OF LABOR, *et al.*,

                Defendants.

**ORDER**

23-cv-0758 (ER)

Ramos, D.J.:

    On October 14, 2024, Baeza sent an email to the Court requesting a 10-day extension of time to file a response to Weingeist's letter dated October 7, 2024, doc. 211.  The application is granted.  His response is now due October 25, 2024.

    SO ORDERED.

Dated: October 21, 2024
       New York, New York

                                              Edgardo Ramos, U.S.D.J.